Jerard A. Gonzalez
Bastarrika, Soto, Gonzalez & Somohano, LLP.
90 Main Street, Suite 308
Hackensack, N.J. 07601
(201)489-1351
Attorney for Defendant,
Govardhan G. Dyavarashetty

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

---------------------------------------------------X
UNITED STATES OF AMERICA

    Plaintiff,

    v.

GOVARDHAN G. DYAVARASHETTY

    Defendant.
---------------------------------------------------X

Hon. Madeline Cox Arleo

Docket No. 17-CR-203(MCA)

CERTIFICATION IN SUPPORT
MOTION TO TERMINATE PROBATION

I, Jerard A. Gonzalez, Esq., certify upon information and belief, the following:

1. This Law Firm represents Govardhan G. Dyavarashetty.

2. Govardhan G. Dyavarashetty has been reporting regularly for probation via computer since his sentencing in September 2017.

3. On September 18, 2017, Your Honor sentenced Mr. Dyavarashetty to probation for twelve (12) months with special conditions to cooperate with Immigration and Customs Enforcement ("ICE") and seek mental health treatment. (See Judgment of Conviction, attached as Exhibit A).

4. Mr. Dyavarashetty is a citizen of India and entered the United States on January 31, 2009 under an H-1B work visa. He has been compliant with

probation and mental health treatment as required. Additionally, Mr. Dyavarashetty is on deferred action status with ICE. (See Deferred Action letter, attached as Exhibit B).

5. Mr. Dayavarashetty and his wife do not have any immediate family members that currently reside in the United States and would like to return to India to be with their families.

6. We have advised AUSA Dennis Carletta who had no opposition to the motion.

I hereby certify that the foregoing statements made by me in this Certification are true to the best of my knowledge and belief. I am aware that if the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: 1/18/18

Jerard A. Gonzalez, Esq.