# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

NEWARK

Date: September 18, 2017

JUDGE:   HON. MADELINE COX ARLEO

COURT REPORTER: CHARLES MCGUIRE

DEPUTY CLERK: AMY ANDERSONN

PROBATION OFFICER: Beth Neugass

Docket No. 17-CR-203(MCA)

Title of Case: U.S.A. v. GOVARDHAN G. DYAVARASHETTY

Appearances:    Dennis Carletta, AUSA for the Government
                Jerard A. Gonzalez, Esq., for the defendant DYAVARASHETTY

**Nature of Proceedings:**    Sentence

Conference held.
Probation: 12 months as to Count 1
Special Conditions:
  1. Cooperation with Immigration and Customs Enforcement
  2. Mental health treatment
  3. Occupational restrictions
  4. Self-Employment/business disclosure
Special Assessment: $100.00 as to Count 1
Fine: waived
Defendant advised of right to appeal.

Time Commenced: 11:15 a.m.              Time Adjourned: 11:45 a.m.

*Amy Andersonn*
Amy Andersonn, Deputy Clerk

# EXHIBIT B

*Homeland Security Investigations*
*Office of the Special Agent in Charge*

**U.S. Department of Homeland Security**
620 Frelinghuysen Avenue
Newark, NJ 07114



# U.S. Immigration and Customs Enforcement

Govardhan DYAVARASHETTY
A205677636

Dear Govardhan DYAVARASHETTY:

This is to notify you that you have been placed in "Deferred Action" for a period of **two years** from the above date. You have been granted deferred action as an act of discretion by and for the administrative convenience of the United States Government.

Deferred action will allow you to remain in the United States until it has been determined by the United States Government that the need for a deferred action is no longer warranted. Deferred action does not confer any immigration benefits upon you, and is not a reflection of your immigration status.

While in deferred action, you are required to obey all federal, state, and local laws. You may not depart the United States without the written consent of U.S. Immigration and Customs Enforcement. Accordingly, the deferred action will be rescinded should you depart the United States without permission, purchase, possess, or carry a firearm, or refuse to comply with or violate any of the terms or conditions of either the deferred action or laws of the United States. You are eligible to apply for employment authorization in accordance with 8 CFR 274a 12(c)(14). However, if the deferred action is rescinded, any employment authorization will no longer be valid.

You are required to report regularly to a case agent or officer. Please contact your case agent or officer concerning the specific terms and conditions of your deferred action and to establish a contact.

Sincerely,

Terence S. Opiola
Special Agent in Charge

www.ice.gov